**PENNZOIL COMPANY, et al.,
petitioners, v. UNITED
STATES. No. 91–34.**

Supreme Court of the United States.

Oct. 7, 1991. Denied.

■

**PHILLIPS PETROLEUM COMPANY,
et al., petitioners, v. UNITED
STATES. No. 91–1.**

Supreme Court of the United States.

Oct. 7, 1991. Denied.